Timothy R. Hanigan (Bar No. 125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Tel: (818) 883-5644
Fax: (818) 704-9372
Email: trhanigan@gmail.com

*Attorneys for Appellant Gordon Morgan*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALBERTO MALTA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>   *Plaintiffs*,<br><br>v.<br><br>THE FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, WELLS FARGO HOME MORTGAGE, INC.<br><br>   *Defendants.* | Case No. 13-56269<br><br>**MOTION FOR VOLUNTARY DISMISSAL** |

  Pursuant to Fed. R. App. P. 42(b), objector-appellant Gordon Morgan hereby moves for the voluntary dismissal of his appeal filed with the United States District Court for the Southern District of California on July 18, 2013 (Dkt. 104).

Dated: September 4, 2013     Respectfully submitted,

By:     /s/ *Timothy R. Hanigan*
Timothy R. Hanigan (Bar No. 125791)
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Tel: (818) 883-5644
Fax: (818) 704-9372
Email: trhanigan@gmail.com

*Attorneys for Appellant*
*Gordon Morgan*

# PROOF OF SERVICE

I hereby certify that on the 4th day of September 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case.

**Service List for Case:** 13-56269 Alberto Malta et al v. FHLMC et al

| Contact Info | Case Number/s | Service Preference | ECF Filing Status |
| --- | --- | --- | --- |
| Douglas James Campion<br>Law Offices of Douglas J. Campion<br>409 Camino Del Rio South<br>Suite 303<br>San Diego, CA 92108<br>Email: doug@djcampion.com | 13-56269 | Email | Active |
| Timothy R. Hanigan<br>Lang, Hanigan & Carvalho, LLP<br>Suite 760<br>21550 Oxnard Street<br>Woodland Hills, CA 91367<br>Email: trhanigan@gmail.com | 13-56269 | Email | Active |
| Seyed Abbas Kazerounian<br>Kazerounian Law Group<br>Suite 1000<br>2700 N Main St.<br>Santa Ana, CA 92705<br>Email: ak@kazlg.com | 13-56269 | Email | Active |
| Mark Douglas Lonergan<br>Severson & Werson<br>Suite 2600<br>One Embarcadero Center<br>San Francisco, CA 94111<br>Email: mdl@severson.com | 13-56269 | Email | Active |

MOTION FOR VOLUNTARY DISMISSAL                              Case No. 13-56269

2

| Contact Info | Case Number/s | Service Preference | ECF Filing Status |
|---|---|---|---|
| Joshua Swigart<br>HYDE & SWIGART<br>Suite 301<br>411 Camino Del Rio South<br>San Diego, CA 92108<br>Email: josh@westcoastlitigation.com | 13-56269 | Email | Active |
| Eric J. Troutman<br>Severson & Werson<br>Atrium Building<br>Suite 700<br>19100 Von Karman Avenue<br>Irvine, CA 92612<br>Email: ejt@severson.com | 13-56269 | Email | Active |

  /s/ Timothy R. Hanigan
Timothy R. Hanigan

MOTION FOR VOLUNTARY DISMISSAL                                   Case No. 13-56269

3